*Allan R. Campbell* (in person) and *Sidney R. Fleisher* for executors, respondents.

*Joel Mencher*, as special guardian for Caroline Good, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY.

JOHN N. HARMAN, as Clerk of the County of Kings, Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent.

Submitted May 20, 1937; decided June 8, 1937.

*Hector McG. Curren* for appellant.

*Frieda B. Hennock, Louis Timberg* and *Maurice Finkelstein* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

ASSOCIATED INDEMNITY CORPORATION, Appellant, *v.* ABRAHAM CHAIS, Respondent.

Argued May 20, 1937; decided June 8, 1937.